# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

5/23/2018

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/24/2018 10:13:30 AM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:  2015-25232  COURT:  334TH  TENTATIVE DUE DATE:  9/6/2018

APPEAL TYPE:  REGULAR (FINDINGS OF FACT FILED)  CASE STATUS:  CASE ON APPEAL - CIVIL

APPELLANT:  GREYSTONE MULTI-FAMILY BUILDERS, INC. GREYSTONE (POST OAK), LLC, AND WALTER B. EEDS

APPELLEE:  TPG (POST OAK) ACQUISITION, LLC; TPG (POST OAK) MEZZANINE, LLC; THE PICERNE GROUP, INC.; TPG, INC.; ALLIED REALTY ADVISORS, LLC' ALLIED REALTY PARTNERS, LLC' ALLIED ORION GROUP, LLC DBA ALLIED REALTY; ACS RESTORATION GC, LLC DBA ALLIED CONSTRUCTION SERVICE

EVENT FILE DATE:  5/22/2018  NUMBER OF DAYS: 120

EVENT CODES:  CR C OA

FILED BY:  **PAUL J DOBROWSKI**  TBN:  **5927100**

DATE ORDER SIGNED:  5/9/2018

COURT ASSIGNED TO:  FIRST COURT OF APPEALS

IMAGE NO:  0  VOLUME:  PAGE:

MOTION FOR NEW TRIAL FILING DATE:  March 13, 2018

NOTES:  PREVIOUS APPELLATE NO. 01-18-00396-CV

**CHRIS DANIEL**
**Harris County, District Clerk**

By:  **/sDUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC  NOTICE OF APPEAL FILED
BG  NOTICE OF APPEAL FILED – GOVERNMENT
C  JUDGMENT BEING APPEALED
D -  ACCELERATED APPEAL
OA  NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O  CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA  AMENDED NOTICE OF APPEAL
CR  CROSS-APPEAL

Cause No. 2015-25232

| | | |
|---|---|---|
| Greystone Multi-Family Builders, Inc., *Plaintiff and Counter-Defendant,* | § § § § § | IN THE DISTRICT COURT |
| v. | § | |
| TPG (Post Oak) Acquisition, LLC, *et al.,* *Defendants,* and | § § § § | |
| TPG 2011-4 (Post Oak), LLC, *Plaintiff in Intervention,* v. | § § § § § | OF HARRIS COUNTY, TEXAS |
| Greystone (Post Oak), LLC and Walter Eeds, *Defendants in Intervention.* | § § § | 334TH JUDICIAL DISTRICT |

## THE GREYSTONE PARTIES' NOTICE OF CROSS-APPEAL

Under Texas Rules of Appellate Procedure 25 and 26.1(d), Greystone Multi-Family Builders, Inc. ("GMFB"), Greystone (Post Oak), LLC ("GPO"), and Walter B. Eeds ("Eeds") (collectively, the "Greystone Parties") give notice that they desire to appeal the Modified Final Judgment (signed on May 9, 2018), as well as, to the extent necessary, the Final Judgment (signed on February 21, 2018), to the First or Fourteenth Court of Appeals. The Modified Final Judgment, Final Judgment, and all orders, findings of fact, and conclusions of law that were signed in Cause No. 2015-25232, styled *Greystone Multi-Family Builders, Inc. v. TPG (Post Oak) Acquisition, LLC; Allied Fealty Advisors, LLC; Allied Fealty Partners, LLC; Allied Orion Group, LLC d/b/a Allied Fealty; and ACS Restoration GC, LLC d/b/a Allied Construction Services and TPG 2011-4 (Post Oak), LLC v. Greystone (Post Oak), LLC and WPlter Eeds*; in the 334th Judicial District Court of Harris County, Texas.

1

Pursuant to Local Rule 1.4 of the First and Fourteenth Court of Appeals, as well as § 22.202(h) of the Texas Government Code, the Greystone Parties advise the Clerk that a related appeal was filed in this cause on May 17, 2018, and that appeal was assigned to the First Court of Appeals as Case No. 01-18-00396-CV, styled *TPG (Post Oak) Acquisition, LLC; PPG (Post Oak) Mezzanine, LLC; The Picerne Group, Inc.; TPG, Inc.; Allied Kealty Advisors, LLC; Allied Pealty Partners, LLC; Allied Orion Group, LLC d/b/a Allied Pealty; and ACS Pestoration GC, LLC d/b/a Allied Construction Servires; TPG 2011-4 (Post Oak), LLC v. Greystone Multi-Family Builders, Inc.*

The Clerk of the Court is hereby requested to prepare the appellate record as required by Texas Rule of Appellate Procedure 34.5.

Respectfully submitted,

DOBROWSKI, LARKIN & JOHNSON, L.L.P.

By:  /si Paul J Dobromki
Paul J. Dobrowski
SBN 05927100
Anthony D. Weiner
SBN 24043984
Leah M. Graham
SBN 24073454
4601 Washington Avenue, Suite 300
Houston, TX 77007
Telephone:    (713) 659-2900
Facsimile:     (713) 659-2908
pjd@doblaw.com
adw@doblaw.com
lgraham@doblaw.com

ATTORNEYS FOR GREYSTONE MULTI-FAMILY BUILDERS, INC., GREYSTONE (POST OAK), LLC, and WALTER B. EEDS

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Texas Rules of Civil Procedure on this 22nd day of May, 2018, by ECF Filing to the following:

Kathy Patrick
Laura J. Kissel
Brian Ross
Charles Rosson
Gibbs & Bruns, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

Marie R. Yeates
Michael Heidler
Vinson & Elkins LLP
1001 Fannin, Suite 2500
Houston, TX 77002

*/s/ Leah M. Graham*
Leah M. Graham

| | | |
|---|---|---|
| GREYSTONE MULTI-FAMILY BUILDERS, INC. | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| v. | § § | |
| TPG (POST OAK) ACQUISITION, LLC; ALLIED REALTY ADVISORS, LLC; ALLIED REALTY PARTNERS, LLC; ALLIED ORION GROUP, LLC d/b/a ALLIED REALTY; and ACS RESTORATION GC, LLC d/b/a ALLIED CONSTRUCTION SERVICES | § § § § § § § § § | |
| Defendants. | § § | HARRIS COUNTY, TEXAS |
| and | § § | |
| TPG 2011-4 (POST OAK), LLC | § § | |
| Plaintiff, | § § | |
| v. | § § | |
| GREYSTONE (POST OAK), LLC; and WALTER EEDS | § § § | |
| Defendants | § | 334th JUDICIAL DISTRICT |

## MODIFIED FINAL JUDGMENT

1. On August 14, 2017, this case was called for trial. All parties appeared in person or through a representative and by attorneys of record and announced ready for trial.

2. No jury trial having been demanded, all matters in controversy, legal and factual, were submitted to the Court for its determination. The Court's Second Amended Findings of Fact and Conclusions of Law are hereby incorporated into this judgment by reference.

3. The Judgment entered by the Court on February 21, 2018 is hereby vacated and

1

superseded by this Modified Final Judgment.

4.　　The Court, after hearing the evidence and arguments of counsel, RENDERS JUDGMENT:

>   (1)　　In favor of Greystone Multi-Family Builders, Inc. ("GMFB") against TPG (Post Oak) Acquisition, LLC ("TPG Owner") under the Construction Contract dated August __, 2012 (DX 2) (the "Construction Contract");
>
>   (2)　　In favor of TPG 2011-4 (Post Oak), LLC ("TPG 2011-4") against Greystone (Post Oak), LLC ("GPO") under the Amended and Restated Limited Liability Company Agreement of TPG (Post Oak) Mezzanine, LLC (DX 3) (the "Mezzanine Agreement"); and
>
>   (3)　　In favor of TPG 2011-4 against Defendant Walter B. Eeds ("Eeds") under the Performance and Payment Guaranty dated August __, 2012 (DX 1) (the "Guaranty").

## Construction Contract

5.　　It is ORDERED by the Court, pursuant to the Construction Contract, that:

>   (1)　　GMFB is the prevailing party for purposes of Section 15.6.2 of the Construction Contract; and
>
>   (2)　　GMFB shall recover from TPG Owner:
>
>   >   (a)　　The unpaid Contract Sum of $506,513.88;
>   >
>   >   (b)　　Prejudgment interest on the unpaid Contract Sum ($506,513.88) at the rate of 5.75% from April 30, 2015 until the date of this judgment, in the amount of $79.79/day, for a total of $ 88,088.16;
>   >
>   >   (c)　　all reasonable out-of-pocket expenses, including attorneys' fees and costs, incurred by GMFB in connection with its enforcement of obligations under the Construction Contract, for a total of $3,620,306.62;
>   >
>   >   (d)　　Court costs in the amount of $1,232.75; and
>   >
>   >   (e)　　Postjudgment interest on all of the above at the rate of 5.75%, compounded annually, from the date this judgment is rendered until all amounts are paid.
>
>   (3)　　TPG Owner shall take nothing under the Construction Contract.

**Mezzanine Agreement and Guaranty**

6.    It is further ORDERED by the Court, pursuant to the Mezzanine Agreement and Guaranty, that:

   (1)   GPO is the non-prevailing party for purposes of Section 19.12 of the Mezzanine Agreement;

   (2)   TPG 2011-4 shall recover from GPO (under the Mezzanine Agreement) and Eeds (under the Guaranty), jointly and severally:

      (a)   The Construction Cost Overruns for which GPO and Eeds have been held liable, totaling $647,717.13;

      (b)   Prejudgment interest on such sum ($647,717.13) at the rate of 5.00% from November 11, 2015 until the date of this judgment, in the amount of $88.73/day ($647,717.13 x 0.0500 / 365), for a total of $ 80,655.57      ; and

      (e)   Postjudgment interest on all of the above at the rate of 5.00%, compounded annually, from the date this judgment is rendered until all amounts are paid; and that

   (3)   Pursuant to Section 19.12 of the Mezzanine Agreement, TPG 2011-4 shall recover from GPO:

      (a)   All costs and expenses, including reasonable attorneys' fees and witness fees, in the amount of $2,565,526.00;

      (b)   Court costs in the amount of $0; and

      (c)   Postjudgment interest on all of the above at the rate of 5.00%, compounded annually, from the date this judgment is rendered until all amounts are paid; and that

   (4)   GPO shall take nothing under the Mezzanine Agreement.

**Additional Orders**

7.    All writs and processes for the enforcement and collection of this judgment or the costs of court may issue as necessary.

3

8.    All relief requested in this case and not expressly granted herein is denied. This judgment finally disposes of all claims by and against all parties and matters, and is appealable.

Signed on _____.

Signed:
5/9/2018

Honorable Steven Kirkland
334th Judicial District

2/5/2018 4:45:54 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 22305779
By: JIMENEZ, DANIELLE N
Filed: 2/5/2018 4:45:54 PM

Pgs-4

ATFEX
8A

| | | |
|---|---|---|
| GREYSTONE MULTI-FAMILY BUILDERS, INC. | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § § | |
| v. | § § § | |
| TPG (POST OAK) ACQUISITION, LLC; ALLIED REALTY ADVISORS, LLC; ALLIED REALTY PARTNERS, LLC; ALLIED ORION GROUP, LLC d/b/a ALLIED REALTY; and ACS RESTORATION GC, LLC d/b/a ALLIED CONSTRUCTION SERVICES | § § § § § § § § § | |
| Defendants. | § § § | HARRIS COUNTY, TEXAS |
| and | § § | |
| TPG 2011-4 (POST OAK), LLC | § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| GREYSTONE (POST OAK), LLC; and WALTER EEDS | § § § | |
| Defendants | § § | 334th JUDICIAL DISTRICT |

---

## ~~PROPOSED~~ FINAL JUDGMENT

---

1. On August 14, 2017, this case was called for trial. All parties appeared in person or through a representative and by attorneys of record and announced ready for trial.

2. No jury trial having been demanded, all matters in controversy, legal and factual, were submitted to the Court for its determination. The Court's Second Amended Findings of Fact and Conclusions of Law are hereby incorporated into this judgment by reference.

3. The Court, after hearing the evidence and arguments of counsel, RENDERS JUDGMENT:

    (1) In favor of Greystone Multi-Family Builders, Inc. ("GMFB") against TPG (Post Oak) Acquisition, LLC ("TPG Owner") under the Construction Contract dated August __, 2012 (DX 2) (the "Construction Contract");

    (2) In favor of TPG ~~2011-4~~ (Post Oak), Mezzanine LLC ("~~TPG 2011-4~~") against Greystone (Post Oak), LLC ("GPO") under the Amended and Restated Limited Liability Company Agreement of TPG (Post Oak) Mezzanine, LLC (DX 3) (the "Mezzanine Agreement"); and

    (3) In favor of TPG 2011-4 (Post Oak) Mezzanine against Defendant Walter B. Eeds ("Eeds") under the Performance and Payment Guaranty dated August __, 2012 (DX 1) (the "Guaranty").

**Construction Contract**

4. It is ORDERED by the Court, pursuant to the Construction Contract, that:

    (1) GMFB is the prevailing party for purposes of Section 15.6.2 of the Construction Contract; and

    (2) GMFB shall recover from TPG Owner:

        (a) The unpaid Contract Sum of $506,513.88;

        (b) Prejudgment interest on the unpaid Contract Sum ($506,513.88) at the rate of 5.25% from April 30, 2015 until the date of this judgment, in the amount of $72.85/day, for a total of $ 74,816.95 ;

        (c) all reasonable out-of-pocket expenses, including attorneys' fees and costs, incurred by GMFB in connection with its enforcement of obligations under the Construction Contract, for a total of $ 3,620,306.62 ;

        (d) Court costs in the amount of $ 1,232.75 ; and

        (e) Postjudgment interest on all of the above at the rate of 5.25%, compounded annually, from the date this judgment is rendered until all amounts are paid.

    (3) TPG Owner shall take nothing under the Construction Contract.

2

## Mezzanine Agreement

5. It is further ORDERED by the Court, pursuant to the Mezzanine Agreement, that:

(1) GPO is the non-prevailing party for purposes of Section 19.12 of the Mezzanine Agreement;

(2) TPG 2011-4 (Post Oak) Mezzanine, LLC shall recover from GPO:

(a) The Construction Cost Overruns for which GPO has been held liable, totaling $647,717.13;

(b) Prejudgment interest on such sum ($647,717.13) at the rate of 5.25% from November 11, 2015 until the date of this judgment, in the amount of $93.16/day ($647,717.13 x 0.0525 / 365), for a total of $ 77,509.12 ; and

(e) Postjudgment interest on all of the above at the rate of 5.25%, compounded annually, from the date this judgment is rendered until all amounts are paid; and that

(3) Pursuant to Section 19.12 of the Mezzanine Agreement, TPG 2011-4 shall recover from GPO:

(a) All costs and expenses, including reasonable attorneys' fees and witness fees, in the amount of $ 2,565,526.00 ;

(b) Court costs in the amount of $ 0.00 ; and

(c) Postjudgment interest on all of the above at the rate of 5.25%, compounded annually, from the date this judgment is rendered until all amounts are paid; and that

(4) GPO shall take nothing under the Mezzanine Agreement.

## Guaranty

6. It is further ORDERED by the Court, pursuant to the Guaranty, that:

(1) TPG 2011-4 shall recover from Eeds $647,713.13 in the event GPO does not satisfy the obligation described in Paragraph 5 above.

## Additional Orders

7. ~~It is further ordered by the Court that if any party unsuccessfully appeals this judgment to an intermediate court of appeals, the party successfully defending the appeal of this~~

3

~~judgment will recover from the appealing party the amount of $_____, representing the anticipated reasonable and necessary fees and expenses incurred defending the appeal.~~

~~8.        The Court further orders that if any party unsuccessfully appeals this judgment to the Texas Supreme Court, the party successfully defending the appeal of this judgment will recover from appealing party the amount of $_____, representing the anticipated reasonable and necessary fees and expenses incurred defending the appeal.~~

9.      All writs and processes for the enforcement and collection of this judgment or the costs of court may issue as necessary.

10.     All relief requested in this case and not expressly granted herein is denied. This judgment finally disposes of all claims by and against all parties and matters, and is appealable.

Signed on _____.

Signed:
2/21/2018

Honorable Steven Kirkland
334th Judicial District

(30) CONNECTION(S) FOUND.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CASE NUM: | **201525232** | PJN: | | TRANS NUM: | | CURRENT COURT: | **334** | PUB: | Please Select |

CASE TYPE: **DEBT/CONTRACT - OTHER**          CASE STATUS: **CASE ON APPEAL**

STYLE: **GREYSTONE MULTI-FAMILY BUILDERS INC**     VS     **TPG (POST OAK) ACQUISITION LLC**

**** INACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00025 - 0001 | AGT | | ALL INTERESTED PARTIES | | |
| ☐ | | 00024 - 0001 | DEF | 24046223 | THE PICERNE GROUP INC. | | KISSEL, LAURA JANN |
| ☐ | | 00023 - 0001 | DEF | 24046223 | TPG 2011-4 (POST OAK) | | KISSEL, LAURA JANN |
| ☐ | | 00022 - 0001 | AGT | | PICERNE GROUP INC (THE) (FOREIGN FOR-PROFI | | |
| ☐ | | 00021 - 0001 | DEF | | PICERNE GROUP INC (THE) | | |
| ☐ | | 00020 - 0001 | IVD | 05927100 | EEDS, WALTER B | | DOBROWSKI, PAUL J. |
| ☐ | | 00002 - 0002 | XPL | 15581400 | TPG (POST OAK) ACQUISITION LLC | | PATRICK, KATHY DAWN |
| ☐ | | 00001 - 0002 | XDF | 05927100 | GREYSTONE MULTI-FAMILY BUILDERS INC | | DOBROWSKI, PAUL J. |
| ☐ | | 00019 - 0001 | DEF | 15581400 | ALLIED ORION GROUP LLC | | PATRICK, KATHY DAWN |
| ☐ | | 00019 - 0001 | PAD | 24002573 | MCGEE, MATTHEW GAVIN | | |
| ☐ | | 00018 - 0001 | AGT | | ALLIED REALTY ADVISORS LLC BY SERVING ITS R | | |
| ☐ | | 00017 - 0001 | AGT | | TPG (POST OAK) ACQUISITION LLC BY SERVING IT | | |
| ☐ | | 00016 - 0001 | AGT | | ALLIED REALTY PARTNERS LLC BY SERVING ITS F | | |
| ☐ | | 00015 - 0001 | AGT | | ALLIED ORION GROUP LLC (D/B/A ALLIED REALTY | | |
| ☐ | | 00014 - 0001 | AGT | | ACS RESTORATION GC LLC (D/B/A ALLIED CONSTI | | |
| ☐ | | 00013 - 0001 | DEF | 24046223 | ALLIED REALTY | | KISSEL, LAURA JANN |
| ☐ | | 00012 - 0001 | DEF | 24046223 | ALLIED CONSTRUCTION SERVICES | D | KISSEL, LAURA JANN |
| ☐ | | 00011 - 0001 | DEF | 15581400 | ACS RESTORATION GC LLC (D/B/A ALLIED CONSTI | | PATRICK, KATHY DAWN |
| ☐ | | 00011 - 0001 | PAD | 24002573 | MCGEE, MATTHEW GAVIN | | |
| ☐ | | 00010 - 0001 | DEF | 15581400 | ALLIED REALTY ADVISORS LLC | | PATRICK, KATHY DAWN |
| ☐ | | 00009 - 0001 | AGT | | ALLIED CONSTRUCTION SERVICES LLC BY SERVII | D | |
| ☐ | | 00008 - 0001 | DEF | 24046223 | ALLIED CONSTRUCTION SERVICES LLC | D | KISSEL, LAURA JANN |
| ☐ | | 00006 - 0001 | AGT | | ALLIED REALTY PARTNERS LLC BY SERVING ITS F | | |
| ☐ | | 00005 - 0001 | AGT | | ALLIED REALTY ADVISORS LLC BY SERVING ITS R | | |
| ☐ | | 00004 - 0001 | DEF | 15581400 | ALLIED REALTY PARTNERS LLC | | PATRICK, KATHY DAWN |
| ☐ | | 00004 - 0001 | PAD | 24002573 | MCGEE, MATTHEW GAVIN | | |
| ☐ | | 00003 - 0001 | DEF | 15581400 | ALLIED REALTY ADVISORS LLC | | PATRICK, KATHY DAWN |
| ☐ | | 00003 - 0001 | PAD | 24002573 | MCGEE, MATTHEW GAVIN | | |
| ☐ | | 00002 - 0001 | DEF | 15581400 | TPG (POST OAK) ACQUISITION LLC | | PATRICK, KATHY DAWN |
| ☐ | | 00001 - 0001 | PLT | 05927100 | GREYSTONE MULTI-FAMILY BUILDERS INC | | DOBROWSKI, PAUL J. |